# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Keir, Duncan W. | U.S. Bankruptcy Court, District of MD | 04/23/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Recall | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

101 W. Lombard Street
Chambers 3B
Baltimore, MD 21201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keir, Duncan W. | 04/23/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/2013 | Univ. of Md Law School- State of MD | $3,750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keir, Duncan W. | 04/23/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keir, Duncan W. | 04/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prime Fund Daily Class | A | Dividend | J | T | | | | | |
| 2. Wells Fargo Bank f/k/a Wachovia Bank | A | Interest | J | T | | | | | |
| 3. Stock Tootsie Roll | A | Dividend | J | T | | | | | |
| 4. Nationwide Insurance | A | Interest | K | T | | | | | |
| 5. Bond U.S. Series EE | A | Interest | J | T | | | | | |
| 6. Baltimore County Employee Credit Union | A | Interest | J | T | | | | | |
| 7. Baltimore County Employee Retirement | D | Interest | K | T | | | | | |
| 8. BOND MD ST DEPT TRANS CONS | B | Interest | L | T | | | | | |
| 9. MUT FD PIMCO Total Return | A | Dividend | K | T | | | | | |
| 10. MUT FD Ishares Barclays 1-3 year | A | Dividend | K | T | | | | | |
| 11. MUT FD Guggenheim Managed Fund f/k/aRydex SGI Mged Fd. | A | Dividend | | | Sold | 05/06/13 | K | A | |
| 12. MUT FD Ishares Barclays 1-3 yr CD BD FD | A | Dividend | K | T | | | | | |
| 13. MUT FD Ishares Trust Barclays CMBS BD FD | A | Dividend | J | T | | | | | |
| 14. MUT FD PIMCO ETF Trust 0-5 yield BD IDX ETF | A | Dividend | J | T | | | | | |
| 15. MUD FD Pimco All Asset Authority | B | Dividend | K | T | Buy | 05/07/13 | K | | |
| 16. IRA at Fidelity Investments as follows: | | | | | | | | | |
| 17. Fidelity Cash Reserve Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keir, Duncan W. | 04/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MUT FD DAVIS N.Y. VENTURE | C | Dividend | K | T | | | | | |
| 19. MUT FD AMERICAN EURO PACIFIC G ROWTH | A | Dividend | J | T | | | | | |
| 20. MUT FD T ROWE PRICE NEW ERA | A | Dividend | J | T | | | | | |
| 21. MUT FD ROYCE HERITAE FD SERVICE CL | B | Dividend | K | T | | | | | |
| 22. MUT FD PIMCO Short Term | A | Dividend | K | T | | | | | |
| 23. MUT FD John Hancock Strategic | A | Dividend | J | T | | | | | |
| 24. IRA at FIDELITY INVESTMENTS as follows: | | | | | | | | | |
| 25. Fidelity Cash Reserve | A | Dividend | J | T | | | | | |
| 26. MUT FD DAVIS N.Y. VENTURE CLASS A | D | Dividend | M | T | | | | | |
| 27. MUT FD Prudential (f/k/a DRYDEN) GLOBAL REAL E STATE CLA | A | Dividend | K | T | | | | | |
| 28. MUT FD AMERICAN EUROPE GROW TH CL F1 | A | Dividend | L | T | | | | | |
| 29. MUT FD T ROWE PRICE NEW ERA | C | Dividend | L | T | | | | | |
| 30. MUT FD T ROWE PRICE EMERGING MKTS | A | Dividend | K | T | | | | | |
| 31. MUT FD ROYCE HERITAGE FD SERVI CE CL | C | Dividend | K | T | | | | | |
| 32. MUT FD VANGUARD 500 INDEX | B | Dividend | M | T | | | | | |
| 33. MUT FD PIMCO TOTAL RETURN | B | Dividend | K | T | | | | | |
| 34. MUT FD PIMCO SHORT TERM | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keir, Duncan W. | 04/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MUT FD Ishares Barclays 1-3 yr. | B | Dividend | M | T | Buy (add'l) | 05/08/13 | J | | |
| 36. MUT FD Arbitrage Fund | A | Dividend | L | T | | | | | |
| 37. MUT FD Fidelity Floating | B | Dividend | L | T | | | | | |
| 38. MUT FD John Hancock Strategic | D | Dividend | M | T | | | | | |
| 39. MUT FD Hussman Strategic | A | Dividend | | | Sold | 05/06/13 | K | A | |
| 40. MUT FD JP Morgan Highbridge | | None | K | T | | | | | |
| 41. MUT FD Permanent Portfolio | D | Dividend | L | T | Buy (add'l) | 05/06/13 | K | | |
| 42. MUT FD ALPS ETF TR Alerian | B | Dividend | K | T | Buy (add'l) | 05/08/13 | J | | |
| 43. MUT FD John Hancock Str. Inc. Opportunities | B | Dividend | K | T | | | | | |
| 44. Real Estate Worcester Co. MD Purchased 6/07 $213,000 | A | Rent | M | R | | | | | |
| 45. Real Estate Ba. Co. MD Farmland JT Interest Appraisal 7/2008 | A | Rent | P1 | Q | | | | | |
| 46. CD Bank of America | A | Interest | L | T | Redeemed (part) | 04/11/13 | K | A | |
| 47. | | | | | Redeemed (part) | 08/30/13 | K | A | |
| 48. 401 K as follows: | | | | | | | | | |
| 49. MUT FD Pimco ETF Trust 0-5 yr | A | Dividend | J | T | Buy | 05/06/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keir, Duncan W. | 04/23/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Appraisal for asset listed on line 45 was done as of 07/15/08 (date of death).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Duncan W. Keir**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544